UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1832
(1:25-cv-00113-UA-JLW)

_____

THE SUMMIT CHURCH-HOMESTEAD HEIGHTS BAPTIST CHURCH, INC.

    Plaintiff - Appellee

v.

CHATHAM COUNTY, NORTH CAROLINA BOARD OF COMMISSIONERS

    Defendant - Appellant

_____

O R D E R

_____

The court rescinds the briefing schedule in this case. The parties will be notified when a new briefing order is entered.

                      For the Court--By Direction

                      <u>/s/ Nwamaka Anowi, Clerk</u>