FILED: September 28, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 25-1832
(1:25-cv-00113-UA-JLW)

---

THE SUMMIT CHURCH-HOMESTEAD HEIGHTS BAPTIST CHURCH, INC.

Plaintiff - Appellee

v.

CHATHAM COUNTY, NORTH CAROLINA BOARD OF COMMISSIONERS

Defendant - Appellant

------------------------------

INTERNATIONAL MUNICIPAL LAWYERS ASSOCIATION

Amicus Supporting Appellant

UNITED STATES OF AMERICA; STATE OF SOUTH CAROLINA AND 15 OTHER STATES; COALITION FOR JEWISH VALUES; GENERAL CONFERENCE OF SEVENTH-DAY ADVENTISTS; HINDU AMERICAN FOUNDATION; ORTHODOX UNION; NOTRE DAME RELIGIOUS LIBERTY CLINIC; JEWISH COALITION FOR RELIGIOUS LIBERTY; LUTHERAN CHURCH-MISSOURI SYNOD

Amici Supporting Appellee

# O R D E R

The court grants the motion to withdraw from further representation on appeal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk